## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JIMMIE YOUNGBLOOD,**

    **Plaintiff,**

**v.**                               **Case No.  4:25-cv-187-TKW-MAF**

**WAKULLA CORRECTIONAL
INSTITUTION,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 4).  No objections were filed.[1]

Upon due consideration of the R&R and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with a court order and failure to prosecute. Accordingly, it is **ORDERED** that:

1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] The R&R was mailed to Plaintiff on June 24, but was returned as undeliverable.  *See* Doc. 5.  The R&R was re-mailed to Plaintiff on July 7, *id.*, and the Court deferred consideration of the R&R until now to ensure that Plaintiff received it and had sufficient time to file objections.

Page 1 of 2

2.    This case is **DISMISSED without prejudice** for failure to comply with a court order and failure to prosecute.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 28th day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**